IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 14-CR-40055 (JPG) |
| | ) | |
| JASON L. SHADLE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

COMES NOW Judith A. Kuenneke, Assistant Federal Public Defender for the Southern District of Illinois, and moves this Honorable Court to allow counsel to withdraw from appearance on behalf of the defendant in the above referenced case.

In support whereof counsel states as follows:

1. On May 6, 2014, a federal grand jury issued an indictment alleging conspiracy to manufacture methamphetamine and possession of equipment, chemicals, products, or materials used to manufacture methamphetamine. Doc. #1. The Federal Public Defender's office was appointed on May 13, 2014. Doc. #16. Counsel Kuenneke entered her appearance on May 14, 2014. Doc. #18.

2. On May 14, 2014, counsel became aware that an actual conflict exists in the continued representation of Mr. Shadle in this matter.

3. Assistant U.S. Attorney George Norwood has been informed of the filing of this motion.

4. Mr. Shadle will be informed by letter that this motion is being filed.

WHEREFORE, counsel respectfully requests that this Honorable Court allow her to withdraw as attorney of record for Mr. Shadle in the above-captioned cause, and to appoint new counsel to represent Mr. Shadle.

>Respectfully submitted,
>
>s/Judith A. Kuenneke
>JUDITH A. KUENNEKE
>Assistant Federal Defender
>401 West Main Street
>Benton, Illinois   62812
>(618) 435-2552
>
>ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>AUSA George Norwood

>s/Judith A. Kuenneke
>JUDITH A. KUENNEKE
>Assistant Federal Defender