**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

☒ Benton          ☐ East St. Louis          ☒ Contested          ☐ Uncontested

**MINUTES OF DISPOSITION**

USA v. Jason L. Shadle                                    Criminal No.: 14-40055-001

Defense Counsel: John R. Clemons                          Judge: J. Phil Gilbert, District Judge

Government Counsel: George Norwood, AUSA                  Date: February 12, 2015

Reporter: Stephanie Rennegarbe      Deputy: K. Jane Reynolds      Time: 1 hr.

☒ COURT ORDERS PRE-SENTENCE REPORT TO BE SEALED WITH COUNSEL HAVING ACCESS TO SAME IN THE EVENT OF APPEAL.  RECOMMENDATION TO BE PLACED UNDER SEPARATE SEAL AND COUNSEL WILL NOT HAVE ACCESS TO SAME.

COURT'S RULINGS ON OBJECTIONS TO PRE-SENTENCE REPORT:

**TOTAL AMOUNT OF methamphetamine**          **CONSTITUTING DEFENDANT'S RELEVANT CONDUCT IS 162.5 grams**

**OFFENSE LEVEL: 29**                        **CRIMINAL HISTORY CATEGORY: 6**
**SENTENCE RANGE: 188 to 235 (120 M/M)**     **FINE RANGE: $15,000 to $5,000,000**

**SUPERVISED RELEASE RANGE: 1 to 5 years**   **PROBATION RANGE:**
☐ COURT ACCEPTS PLEA AGREEMENT              ☐ COURT REJECTS PLEA AGREEMENT
          ☒ COURT ACCEPTS GUILTY PLEA AND ADJUDGES DEFENDANT GUILTY

DEFENSE WITNESSES:
GOVERNMENT WITNESSES:

MOTION FOR DOWNWARD DEPARTURE BY:  is
DEPARTURE TO:
OFFENSE LEVEL:      CRIMINAL HISTORY CATEGORY:
CUSTODY OF BUREAU OF PRISONS

**SENTENCE: 216** TOTAL MONTHS ON COUNT(S) (216 months on Count 1 and 120 months on Counts 2,3 and 4 of the Indictment.
☒ ALL COUNTS TO RUN CONCURRENT WITH EACH OTHER
**UPON RELEASE FROM IMPRISONMENT, DEFENDANT SHALL BE PLACED ON SUPERVISED RELEASE: 4 .** TOTAL YEARS ON COUNT(S) ; 4 years on Count 1 and 2 years on Counts 2, 3, 4 of the Indictment.
☒ ALL COUNTS TO RUN CONCURRENT WITH EACH OTHER

CR08
Rev9-11

**Conditions of Supervision/Probation:**

See judgment for conditions of supervision

☒      Defendant fined a total of $ 200.00 on  Count(s) 1 of the Indictment   X  INTEREST WAIVED   ☐ INTEREST IMPOSED

☒      Fine to be paid from prison earnings, or while defendant is on supervised release.

☒      Special Assessment of $400.00 on Count(s) 1, 2, 3,and 4 of the Indictment is due immediately.

☐      Restitution is ordered in the amount of $   to be paid to:

        ☐  INTEREST WAIVED   ☐  INTEREST IMPOSED

☐      Court finds defendant's financial condition is such that he is unable to:

        ☐pay restitution,☐pay a fine,☐pay costs of incarceration or supervision, and they are WAIVED

☒      Defendant advised of the right to appeal.

☐      Recommendation

BOND:  ☐ REVOKED  ☒ REMANDED  ☐ CONTINUED and  Defendant to voluntarily surrender as notified  by  United States Marshal to designated institution;   or ☐  surrender to United States Marshal on

☐      Counts(s) dismissed on Motion of Government

☐      Other